UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOVETTA WILLIS,

      Plaintiff,

   v.

PATRICK R. DONAHOE, et al.,

      Defendants.

Case No.: 13-cv-01562-YGR

**ORDER ENTERING TENTATIVE RULING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT AS ORDER OF COURT**

1. Pursuant to the parties' Joint Stipulation to Entry of Tentative Ruling (Dkt. No. 22), the Court's Notice of Tentative Ruling on Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. No. 21) shall be the Order of the Court. Accordingly, for the reasons set forth therein, Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. No. 15) is **GRANTED IN PART AND DENIED IN PART**. The dismissal is granted **WITH LEAVE TO AMEND**, as set forth in the Tentative Ruling.

2. Defendant John E. Potter and Does 1–10 are hereby **DISMISSED** as Defendants.

3. Plaintiff shall file an amended complaint within twenty-one (21) days from the date of this Order.

4. Defendant's response to the amended complaint shall be filed within twenty-one (21) days after service of the amended complaint.

5. The hearing on the Motion to Dismiss scheduled for August 20, 2013 is hereby **VACATED**.

6. This Order Terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: August 19, 2013

                                                              _____
                                                              **YVONNE GONZALEZ ROGERS**
                                                            **UNITED STATES DISTRICT COURT JUDGE**