**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LOVETTA WILLIS,** | Case No.: 13-CV-1562 YGR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| **PATRICK R. DONAHOE** | |
| Defendant. | |

Pending before the Court is Plaintiff LoVetta Willis' Motion for Leave to File Second Amended Complaint. (Dkt. No. 37.) The instant Motion was filed January 7, 2014 pursuant to this Court's Order Granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint With Leave to File Motion for Leave to Amend. (Dkt. No. 36.) On January 17, 2014, Defendant Patrick R. Donahoe, Postmaster General of the United States, filed a Statement of Non-Opposition to Plaintiff's Motion for Leave of Court to File a Second Amended Complaint. (Dkt. No. 38.)

Having considered the papers submitted and the proposed second amended complaint, the Court hereby **GRANTS** Plaintiff's Motion for Leave to File Second Amended Complaint.[1]

This terminates Docket No. 37.

**IT IS SO ORDERED**.

Date: **January 23, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for **February 11, 2014**.